TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-12-00066-CR






Robert Herrin, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. D-1-DC-11-904026, HONORABLE KAREN SAGE, JUDGE PRESIDING




M E M O R A N D U M O P I N I O N



 Robert Herrin seeks to appeal a judgment of conviction for aggravated robbery
of an elderly person. The trial court has certified that: (1) this is a plea bargain case from which
Herrin has no right of appeal, and (2) Herrin waived the right of appeal. The appeal is dismissed.
See Tex. R. App. P. 25.2(a)(2), (d).


 ___________________________________________

 Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed: March 2, 2012

Do Not Publish